**FILED**

APR 1 4 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ENTERED

APR 1 5 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

In re                                         )    Bk. No. RS04-23814PC
    Warren R. Barrier                    )
                                              )
                                              )    ORDER DENYING REQUEST FOR
                                              )    RELEASE OF UNCLAIMED FUNDS
                                              )    (28 U.S.C. Section 2042,
Debtor (s)                                    )    Bankruptcy Rule 9013,
                                              )    Bankruptcy Local Rule 3011-1)

On April 6, 2009, SUMMIT COLLECTIONS for SIERRA FINANCIAL SERVICES, INC., c/o The Financial Resources Group, Inc. filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

|        |     |                                                                                                                                               |
|--------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------|
| _____ | 5.  | The corporate seal is not stamped on the motion &/or power of attorney.                                                                       |
| _____ | 6.  | The name on the corporate seal does not match the name listed on the claim.                                                                   |
| _____ | 7.  | An original power of attorney was not submitted.                                                                                              |
| _____ | 8.  | The Proof of Service has not been completed.                                                                                                  |
| _____ | 9.  | The Proof of Service is incomplete. The following is missing:                                                                                 |
| _____ | 10. | There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.                        |
| _____ | 11. | There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor. |
| _____ | 12. | The documents supporting the claim have not been certified.                                                                                   |
| _____ | 13. | Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.                    |
| __X__  | 14. | Creditor, SIERRA FINANCIAL SERVICES, INC. is a suspended corporation & the claimant, SUMMIT COLLECTIONS is claiming the funds on behalf of a suspended corporation. |
| _____ | 15. | Fund locator submitting this claim has failed to register with this court.                                                                    |
| _____ | 16. | No proof of identification provided (driver's license/passport).                                                                              |
| _____ | 17. | Other:                                                                                                                                        |

_____    April 14, 2009
United States Bankruptcy Judge         Date
JUST - REV